**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| e.Digital Corporation, | Case No. 3:12-cv-02701-DMS-WVG |
| Plaintiff, | **STIPULATED PARTIAL JUDGMENT** |
| v. | |
| Philips Electronics North America Corporation, | **Assigned to the Honorable Judge Dana M. Sabraw** |
| Defendant. | **Ctrm: 13A (Annex)** |

**<u>STIPULATED PARTIAL JUDGMENT</u>**

**<u>OF NON-INFRINGEMENT</u>**

Plaintiff and Counter-Defendant e.Digital Corporation ("Plaintiff") and Defendant and Counterclaimant Philips Electronics North America Corporation ("Philips") (collectively, the "Parties") by their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to the entry of the following Stipulated Partial Judgment of Non-Infringement:

1.  In this action, e.Digital has alleged that certain Philips product lines (the "Accused Products") infringe independent claims 33 and 34, and dependent claims 2, 6 through 8, 10 through 11, 15 through 16, 18, 23 through 32 of U.S. Patent No. 5,491,774 ("the '774 patent") patent and independent claims 2 and 5 of

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-1-   [PROPOSED] STIPULATED PARTIAL JUDGMENT
CASE NO. 3:12-CV-02701-DMS-WVG

U.S. Patent No. 5,839,108 ("the '108 patent"), as set forth in e.Digital's Complaint (Dkt #1) and Preliminary Infringement Contentions ("PICs") served on June 26, 2013.

2. On August 22, 2013, the Honorable Judge Dana M. Sabraw issued an order granting Philips's motion to apply collateral estoppel with respect to certain terms contained in claims 33 and 34 of the '774 patent and claims 2 and 5 of the '108 patent ("Collateral Estoppel Order"). (Dkt #41).

3. The Court found that the elements of issue preclusion were met in this matter, and therefore e.Digital is precluded from relitigating the construction of the limitation "sole memory of the received processed sound electrical signals" as contained in claims 33 and 34 of the '774 patent and claims 2 and 5 of the '108 patent. (Dkt#41). The Court further found that fairness and public policy favor application of issue preclusion in this matter. (Dkt#41).

4. In view of the foregoing, the Parties therefore agree that Philips has not infringed and does not infringe directly and/or indirectly, independent claims 33 and 34 of the '774 patent, and any other claims depending therefrom. The Parties further agree that Philips does not infringe directly and/or indirectly independent claims 2 and 5 of the '108 patent, and any other claims depending therefrom. The Parties therefore agree that the Court may enter a non-final partial judgment that Philips has not and does infringe directly and/or indirectly, independent claims 33 and 34 of the '774 patent, and any other claims depending therefrom; and that Philips has not and does not infringe directly and/or indirectly, independent claims 2 and 5 of the '108 patent, and any other claims depending therefrom.

5. It is provided, however, that if the Court's findings as set forth in Collateral Estoppel Order are reversed, changed, or modified on appeal such that the matter is remanded for further consideration in any respect, the Parties reserve

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-2-

[PROPOSED] STIPULATED PARTIAL JUDGMENT
CASE NO. 3:12-CV-02701-DMS-WVG

all of their claims, arguments and defenses.

6.      Philips hereby dismisses without prejudice its counterclaims of patent invalidity and noninfringement, as well as all other counterclaims and defenses, with respect to the '774 patent and the '108 patent, except as those claims relate to a claim for attorneys' fees and/or costs, and further reserves the right to re-assert all such counterclaims and defenses should e.Digital or any successor in interest accuse Philips of infringement of the '774 and/or the '108 patents at any later point in time.

7.      Accordingly, the Court enters this Stipulated Partial Judgment of Non-Infringement in favor of Philips on e.Digital's claim for infringement of claims 33 and 34 of the '774 patent, and any other claims depending therefrom, and claims 2 and 5 of the '108 patent, and any other claims depending therefrom. (Dkt# 1).

8.      This Non-Final Stipulated Partial Judgment of Non-Infringement is without prejudice to the Parties' rights to appeal the Court's Collateral Estoppel Order and/or any prior or future orders issued by the Court and is without prejudice as to all issues relating to fee and costs under any basis, including without limitation Rule 11, Rule 54(d), and § 285.

9.      All issues relating to fees and costs are reserved pending the outcome of the Parties' dispute concerning U.S. Patent Nos. 5,742,737 and 5,842,170, and the deadlines for filing any and all motions seeking fees and/or costs shall be set by the Court after the Parties' dispute as to the '737 and '170 patents are resolved.

Dated: October 1, 2013

UNITED STATES DISTRICT JUDGE

HANDAL & ASSOCIATES
1200 THIRD AVE
SUITE 1321
SAN DIEGO, CA 92101
TEL: 619.544.6400
FAX: 619.696.0323

-3-

[PROPOSED] STIPULATED PARTIAL JUDGMENT
CASE NO. 3:12-CV-02701-DMS-WVG