EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrown.com
CLIFF A. MAIER (SBN 248858)
cmaier@mayerbrown.com
LUKE B. WEIGER (SBN 275261)
lweiger@mayerbrown.com_
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Defendant and Counter-Plaintiff
Philips Electronics North America Corporation

ANTON HANDAL     (Bar No. 113812)
anh@handal-law.com
PAMELA C. CHALK  (Bar No. 216411)
pchalk@handal-law.com
GABRIEL HEDRICK  (Bar No. 220649)
ghedrick@handal-law.com
HANDAL & ASSOCIATES
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

Attorneys for Plaintiff and Counter-Defendant
e.Digital Corporation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>           Defendant. | CASE NO. 3:12-cv-02701-DMS-WVG<br><br>**JOINT MOTION DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Assigned To: Hon. Dana M. Sabraw<br>CTRM: 13A (THIRTEENTH FLOOR) |

1    Plaintiff and Counter-Defendant e.Digital Corporation ("e.Digital") and

2    Defendant and Counter-Plaintiff Philips Electronics North America Corporation

3    ("Philips") have executed a settlement agreement as to all claims and issues in

4    dispute in this lawsuit and respectfully request dismissal with prejudice of all

5    pending claims and counterclaims with all fees and costs borne by the party

6    incurring same.

7    Pursuant to Local Civil Rule 7.2, the parties hereto will separately submit a

8    Proposed Order granting the relief requested.

9

10   Dated:  January 6, 2014                    **MAYER BROWN LLP**

11

12                                      By:    /s/ Edward D. Johnson
                                               Edward D. Johnson (SBN 189475)
13                                             wjohnson@mayerbrown.com
                                               Michael A. Molano (SBN 171057)
14                                             mmolano@mayerbrown.com
                                               Cliff A. Maier (SBN 248858)
15                                             cmaier@mayerbrown.com
                                               Luke B. Weiger (SBN 275261)
16                                             lweiger@mayerbrown.com
                                               Two Palo Alto Square, Suite 300
17                                             3000 El Camino Real
                                               Palo Alto, CA  94306-2112
18                                             Telephone:  (650) 331-2000
                                               Facsimile:   (650) 331-2060
19
                                               *Attorneys for Defendant Philips*
20                                             *Electronics North America Corporation*

21

22

23
     Dated:  January 6, 2014                    **HANDAL & ASSOCIATES**
24

25
                                       By:    /s/ Pamela C. Chalk
26                                             Anton Handal (SBN 113812)
                                               anh@handal-law.com
27                                             Pamela C. Chalk (SBN 216411)
                                               pchalk@handal-law.com
28
                                                           1
     ─────────────────────────────────────────────────────────

1
2
3
4

Gabriel Hedrick (SBN 220649)
ghedrick@handal-law.com
Handal & Associates
1200 Third Avenue, Suite 1321
San Diego, California 92101
Tel: 619.544.6400
Fax: 619.696.0323

5
6

*Attorneys for Plaintiff and Counter-*
*Defendant e.Digital Corporation*

7

8

### ATTESTATION OF E-FILED SIGNATURE

9
10
11

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, Edward D. Johnson, attest that all signatories have read and approved the foregoing and consent to its filing in this action.

12
13
14

Dated: January 6, 2014                    **MAYER BROWN LLP**

15
16
17
18
19
20
21
22

By:    /s/ Edward D. Johnson
Edward D. Johnson (SBN 189475)
wjohnson@mayerbrown.com
Michael A. Molano (SBN 171057)
mmolano@mayerbrown.com
Cliff A. Maier (SBN 248858)
cmaier@mayerbrown.com
Luke B. Weiger (SBN 275261)
lweiger@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

23
24

*Attorneys for Defendant Philips Electronics*
*North America Corporation*

25
26
27
28

2

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies that a true and correct copy of the

3  foregoing document has been served on this date to all counsel of record who are

4  deemed to have consented to electronic service via the Court's CM/ECF system

5  per Civ. L.R. 5.4(d).  Any other counsel of record will be served by electronic

6  mail, facsimile and/or overnight delivery upon their appearance in this matter.

7      I declare under penalty of perjury of the laws of the United States that the

8  foregoing is true and correct.  Executed this 6th day of January, 2014, at Palo

9  Alto, California.

10

11 Dated: January 6, 2014                **MAYER BROWN LLP**

12
                                  By:   /s/ Edward D. Johnson
13                                       Edward D. Johnson (SBN 189475)
                                         wjohnson@mayerbrown.com
14                                       Michael A. Molano (SBN 171057)
                                         mmolano@mayerbrown.com
15                                       Cliff A. Maier (SBN 248858)
                                         cmaier@mayerbrown.com
16                                       Luke B. Weiger (SBN 275261)
                                         lweiger@mayerbrown.com
17                                       Two Palo Alto Square, Suite 300
                                         3000 El Camino Real
18                                       Palo Alto, CA  94306-2112
                                         Telephone:  (650) 331-2000
19                                       Facsimile:   (650) 331-2060
20
                                       *Attorneys for Defendant Philips Electronics*
21                                     *North America Corporation*

22

23

24

25

26

27

28