```
 1  EDWARD D. JOHNSON (SBN 189475)
    wjohnson@mayerbrown.com
 2  MICHAEL A. MOLANO (SBN 171057)
    mmolano@mayerbrown.com
 3  CLIFF A. MAIER (SBN 248858)
    cmaier@mayerbrown.com
 4  LUKE B. WEIGER (SBN 275261)
    lweiger@mayerbrown.com
 5  MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
 6  3000 El Camino Real
    Palo Alto, CA  94306-2112
 7  Telephone:  (650) 331-2000
    Facsimile:   (650) 331-2060
 8
 9  Attorneys for Defendant and Counter-Plaintiff
    Philips Electronics North America Corporation
10
    ANTON HANDAL     (Bar No. 113812)
11  anh@handal-law.com
    PAMELA C. CHALK  (Bar No. 216411)
12  pchalk@handal-law.com
    GABRIEL HEDRICK  (Bar No. 220649)
13  ghedrick@handal-law.com
    HANDAL & ASSOCIATES
14  1200 Third Avenue, Suite 1321
    San Diego, California 92101
15  Tel: 619.544.6400
    Fax: 619.696.0323
16
17  Attorneys for Plaintiff and Counter-Defendant
    e.Digital Corporation
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.DIGITAL CORPORATION,<br><br>                 Plaintiff,<br><br>         v.<br><br>PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,<br><br>                 Defendant. | CASE NO. 3:12-cv-02701-DMS-WVG<br><br>**ORDER GRANTING JOINT MOTION DISMISSING ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>Assigned To: Hon. Dana M. Sabraw<br>CTRM: 13A (THIRTEENTH FLOOR) |

1  Before the Court is the Joint Motion Dismissing All Claims and Counterclaims with Prejudice (Docket Entry #53), filed by Plaintiff and Counter-Defendant e.Digital Corporation ("e.Digital") and Defendant Philips Electronics North America Corporation ("Philips").  The Joint Motion is **GRANTED**.  All claims and counterclaims in this case are **DISMISSED WITH PREJUDICE**.  All attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED.**

Dated:  January 7, 2014

THE HONORABLE **DANA M. SABRAW**
UNITED STATES DISTRICT JUDGE